CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 29 2009

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

|  |  |
|---|---|
| WAYNE JEFFREY BRIDGES, | ) |
| Plaintiff, | ) Case No. 7:09CV00436 |
| v. | ) **FINAL ORDER** |
| WISE COUNTY VIRGINIA CIRCUIT COURT, ET AL., | ) By: Glen E. Conrad <br> ) **United States District Judge** |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that this civil action is **DISMISSED** with prejudice; pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This ___29___ day of October, 2009.

_____
United States District Judge